# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD BARTULA** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:23cv280-HSO-BWR |
| | § | |
| **MICHAEL GATWOOD,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accord with the Order [20] granting Defendants Michael Gatwood and John Nelson's Motion [13] for Summary Judgment on the Basis of Qualified Immunity entered on August 16, 2024, and the Agreed Order of Dismissal entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 3rd day of September, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE